IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY BEVERSDORF, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:25-cv-690-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

Before the Court is Petitioner Gregory Beversdorf's ("Beversdorf") petition for writ of habeas corpus. (Dkt. 1). The case was referred to United States Magistrate Judge Dustin Howell for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Howell filed his report and recommendation on August 7, 2025. (Dkt. 9). In his report and recommendation, Judge Howell recommends that the Court dismiss Beversdorf's petition, without prejudice, for his failure to exhaust state remedies and because the Court should decline to exercise jurisdiction over a state criminal defendant's claims under the *Younger* abstention doctrine. (*Id.* at 5–7). Beversdorf timely filed objections to the report and recommendation. (Dkt. 12).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Beversdorf timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Beversdorf's objections and adopts the report and recommendation as its own order.

1

2

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 9), is **ADOPTED**. Beversdorf's petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on March 10, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE